UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM C. BOYNTON,

                Plaintiff,                            No. 11-13878

vs.                                                        Hon. Gerald E. Rosen

HATCH STAMPING COMPANY,

                Defendant.
_____/

## JUDGMENT

The Court having this date entered an Opinion and Order granting Defendant's Motion for Summary Judgment and dismissing Plaintiff's Complaint in its entirety, with prejudice,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT OF DISMISSAL, WITH PREJUDICE, be, and hereby is, entered.

                                      s/Gerald E. Rosen
                                      Chief Judge, United States District Court

Dated: March 12, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 12, 2013, by electronic and/or ordinary mail.

                                      s/Julie Owens
                                      Case Manager